UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Brian Beaudry</u>

    v.                                              Case No. 24-cv-421-JL-AJ

<u>United States of America</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 27, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: September 12, 2025

cc:   Brian Beaudry, pro se
      Arlo B. Blaisus, Esq.